**No. 09-11225. Christopher Ysais, Petitioner v. Bill Richardson, et al.**

562 U.S. 868, 131 S. Ct. 163, 178 L. Ed. 2d 97, 2010 U.S. LEXIS 6753, 

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 603 F.3d 1175.

**No. 09-11226. Alvin J. Wade, Petitioner v. Marine Services of Acadiana, LLC, et al.**

562 U.S. 868, 131 S. Ct. 163, 178 L. Ed. 2d 97, 2010 U.S. LEXIS 6647.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of Louisiana, First Circuit, denied.

Same case below, 15 So. 3d 385.

**No. 09-11227. Brian Clay Norberg, Petitioner v. Rick Coursey, Superintendent, Eastern Oregon Correctional Institution.**

562 U.S. 868, 131 S. Ct. 163, 178 L. Ed. 2d 97, 2010 U.S. LEXIS 6521.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11228. Landon John Plate, Petitioner v. United States.**

562 U.S. 868, 131 S. Ct. 163, 178 L. Ed. 2d 97, 2010 U.S. LEXIS 6720.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 361 Fed. Appx. 318.

**No. 09-11229. James Ford Seale, Petitioner v. United States.**

562 U.S. 868, 131 S. Ct. 163, 178 L. Ed. 2d 97, 2010 U.S. LEXIS 6798.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 600 F.3d 473.

**No. 09-11230. Wanda Schindley, Petitioner v. Memory Film Productions, et al.**

562 U.S. 868, 131 S. Ct. 163, 178 L. Ed. 2d 97, 2010 U.S. LEXIS 6642.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 356 Fed. Appx. 556.

**No. 09-11231. Viveca Sanai, Petitioner v. Sassan Sanai.**

562 U.S. 868, 131 S. Ct. 164, 178 L. Ed. 2d 97, 2010 U.S. LEXIS 6654.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

Same case below, 150 Wash. App. 1042.

**No. 09-11233. Jackie Lyn Coulombe, Petitioner v. Superior Court of California, Ventura County, et al.**

562 U.S. 868, 131 S. Ct. 166, 178 L. Ed. 2d 97, 2010 U.S. LEXIS 6731, 

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.